UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF: Cynthia M. Roberts**

CHAPTER 13
CASE NO. 14-41886
JUDGE: Mark A. Randon

Debtor(s).
_____/

### ORDER ADJOURNING HEARING

This matter having come on for hearing on May 21, 2014 at 10:00 a.m., regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☐ a motion to dismiss case     X confirmation of a plan
☐ a motion to lift stay as creditor
☐ Other:

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY ORDERED that:**
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

X  The above referenced matter is adjourned to June 18, 2014 at 10:00 a.m.
☐  Debtor(s) shall be 100% current in Plan payments, pursuant to the Trustee's records on or before _____
X  Debtor(s) shall file and serve amended Statement of Financial Affairs and Means Test on or before June 4, 2014.
☐  Debtor(s) shall attend the adjourned First Meeting of Creditors
X Other: Debtor shall provide Trustee with Schedules B, D & E of the 2013 federal tax return, Schedule B of the 2012 tax return, and two years of statements relating to debtor's Primerica Roth IRA, documents verifying the value and debtor's ownership interest in American Enterprise Investment Services, Inc. on or before June 4, 2014.

IT IS FURTHER ORDERED that if any of the above is not completed by the date and time specified, the case shall be dismissed without notice or hearing, upon the filing of an Affidavit of Default by the Trustee.

Approved per Local Rules (E.D.M.):     Approved as to form and content:

/s/Margaret Conti Schmidt_____     /s/ Thomas Paluchniak (P70284)
Krispen S. Carroll (P49817)     Attorney for Debtor
Margaret Conti Schmidt (P42945)     Babut Law Offices, PLLC
Maria Gotsis (P67107)     700 Towner Street
Chapter 13 Trustee     Ypsilanti, MI 48198
719 Griswold     (734) 485-7000
Suite 1100     tpaluchniak@babutlaw.com
Detroit, MII 48226
(313) 962-5035
notice@det13ksc.com

.

`Signed on May 24, 2014`

                                             /s/ Mark A. Randon  
                                             **Mark A. Randon**  
                                             **United States Bankruptcy Judge**