**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

IN RE:                                             CHAPTER 13
                                                          CASE NO. 14-41886-MAR
CYNTHIA M ROBERTS              JUDGE MARK A RANDON
Debtor.
_____/

### ORDER ADJOURNING HEARING

This matter having come on for hearing on ____6/18/14____, regarding
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ the First Meeting of Creditors.
- **x** Confirmation of Plan.
- ☐ a Motion to Dismiss Case.
- ☐ a Motion to Lift Stay as to creditor_____
- ☐ Other:_____

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY ORDERED** that:
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- **x** The above referenced matter is adjourned to 8/6/14 @10:00am.
- **x** Debtor shall be 100% current in Plan payments, pursuant to the Trustee's records, on or before    8/6/14   .
- **x** Debtor shall file and serve amended plan and means test on or before 7/2/14.
- ☐ Debtor shall attend the Adjourned First Meeting of Creditors.
- **x** Other: Debtor will provide 6 months of pay stubs for both the debor and the non-filing spouse to verify line 2 of the Means Test, provide proof of health insurance payments and information concerning the non-filing spouses student loan payments. Provide verification to support proposed excusal of the 2013 tax refund by 7/2/14.

**IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

/s/ Maria Gotsis                                       /s/ Thomas Paluchniak
KRISPEN S. CARROLL (P49817)               Thomas Paluchniak            (P70284 )
Chapter 13 Trustee                                  Attorney for Debtor
MARGARET CONTI SCHMIDT (P42945)    WILLIAM C BABUT
MARIA GOTSIS (P67107)                          700 TOWNER STE 1
719 Griswold Street                                YPSILANTI, MI 48198-5757
1100 Chrysler House                             (734) 485-7000
Detroit, MI 48226                                   dwilson@babutlaw.com
(313) 962-5035
notice@det13ksc.com

.

```
Signed on June 21, 2014
                                                   /s/ Mark A. Randon
                                                   _____
                                                   Mark A. Randon
```

United States Bankruptcy Judge